UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. DONAHUE, :
    Plaintiff : CIVIL ACTION NO. 3:13-CV-1275
     :
v. :
     : (JUDGE NEALON)
LUZERNE COUNTY PRISON, ET AL., : (MAGISTRATE JUDGE BLEWITT)
    Defendants :

**FILED SCRANTON**
JUL 3 0 2013
PER ___/s/___
DEPUTY CLERK

## ORDER

NOW, THIS 30th DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 8), is **ADOPTED**:

   A. The Complaint, (Doc. 1), is **DISMISSED with prejudice**;

   B. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 5), is **GRANTED** for the sole purpose of filing this action;

2. Plaintiff's motion to appoint counsel, (Doc. 12), is **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_/s/ William J. Nealon_
United States District Judge